Message

**From:** Lewis Ferebee [ferebeel@myips.org]
**Sent:** 2/17/2016 6:37:34 PM
**To:** Le Boler [bolerle@myips.org]
**Subject:** Re: Longfellow Incident

Thank you for update. I will follow up with Dr. Hester.

Lewis D. Ferebee, Ed. D. | Superintendent | **Indianapolis Public Schools** | 120 E Walnut St, Indianapolis, IN 46204 | www.myips.org
**Proud to be Public**

On Feb 17, 2016, at 6:21 PM, Le Boler <bolerle@myips.org> wrote:
Lewis-
Deb Leser just called to inform me that a Longfellow parent claimed this evening that her son is having an intimate relationship with a female teacher. At this time, she has no reason to think the parent is going to the media. The matter has been referred to Dr. Hester. The investigation will begin in the morning. I'll keep you posted as I learn of developments.
-L

Le Boler | Chief Strategist | Indianapolis Public Schools | 317.226.3225-o | www.myips.org | Proud to be Public

